## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

ANTONIA HARVEY,

|                                                    |                |
|----------------------------------------------------|----------------|
| Plaintiff,                                         | 2007-CV-0115   |
| v.                                                 |                |

SAV-U-CAR RENTAL, TOYOTA MOTOR
COMPANY, BRENDALYN STEVENS,
HERTZ d/b/a/ HERTZ PREFERRED
RENTALS, INC., ABC CORPORATION, and
SIMEON CLERCENT,

Defendants.

TO:  **Flavie E. Logie, Esq.**
     **Joel H. Holt, Esq.**

### ORDER GRANTING PLAINTIFF'S MOTION TO JOIN ADDITIONAL PARTY

THIS MATTER came before the Court upon Plaintiff's Motion to Join Additional Party (Docket No. 22).  The time for filing a response has expired.

Having reviewed the said motion and proposed First Amended Complaint and in the absence of any opposition, the Court finds that Plaintiff has demonstrated that Simeon Clercent is a proper defendant and that joinder is appropriate.  Consequently, the Court will grant said motion.

Accordingly, it is now hereby **ORDERED**:

*Harvey v. Sav-U-Car Rental*
2007-CV-0115
Order Granting Plaintiff's Motion to Join Additional Party
Page 2

1.  Plaintiff's Motion to Join Additional Party (Docket No. 22) is **GRANTED**.

2.  Plaintiff's proposed First Amended Complaint, filed with said motion as Attachment # 4, is **DEEMED FILED** as of the date of entry of this order, and Plaintiff shall serve said additional party with a copy of the First Amended Complaint within the time required by the rules of civil procedure.

3.  The caption of this matter will appear as hereinabove.

ENTER:

Dated: July 17, 2008                    _____/s/_____

GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE